# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**PAMELA ARVIN BLOCKER,**

    **Plaintiff,**

v.

Case No. 2:17-cv-513
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## OPINION AND ORDER

On July 2, 2018 a Report and Recommendation was issued by the Magistrate Judge affirming the decision to deny benefits issued by the Social Security Administration. Thereafter, a timely objection was filed by the plaintiff Pamela Arvin Blocker.

Under Fed. R. Civ. Pro. 72(b)(3), this court "must determine de novo any part of the magistrate judge's disposition that has been properly objected to." The undersigned has reviewed the record in this case, the Report and Recommendation issued by the Magistrate Judge, and the objections filed by the plaintiff.

Upon review, this Court finds, as did the Magistrate Judge, that the decision of the Administrative Law Judge for the Social Security Administration was supported by substantial evidence and was not otherwise contrary to law, all of which require this court to affirm the denial of benefits. *Blakely v. Comm'r of Soc. Sec.*, 518 F.3d 399, 406 (6th Cir. 2009).

**IT IS SO ORDERED** that the decision denying benefits is AFFIRMED and this case is dismissed.

9-14-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE